UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

HARVEY E. WHITAKER
SSN: xxx-xx-0556

LISA D. WHITAKER
SSN: xxx-xx-1135
Debtors

CASE NUMBER:    05-13834
CHAPTER 13

## NOTICE TO HOV FINANCIAL SERVICES, LLC (ADVANTA), C/O ALLAN LAW GROUP, LLP THAT $1,609.76 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to HOV Financial Services, c/o Allan Law Group, LLP, creditor herein, and deposits $1,609.76 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for HOV Financial Services, LLC (Advanta), c/o Allan Law Group, LLP, was:

    50 Airport Parkway, Suite 100A
    San Jose, CA 95110

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate the creditor were fruitless;

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:  July 19, 2010

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   July 19, 2010

By U.S. Mail postage prepaid
Debtors: Harvey and Lisa Whitaker, 5170 N. Virginia Trail, Columbia City, IN 46725
Creditor:  HOV Financial Services, LLC (Advanta), c/o Allan Law Group, LLP, 50 Airport Parkway, Suite 100A, San Jose, CA 95110

By electronic mail via CM/ECF:
Debtors' Attorney:  Conni L. Walkup
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King